FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 SEP -7 P 1: 04

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.                                                              Case No. 3:06-CR-13-J-20-TEM

WILLIAM CROWELL.

_____/

## ORDER

Before the Court is the Government's Unopposed Motion to Strike Paragraph 12 of Plea Agreement (Doc. No. 122, filed August 22, 2006). The Government states that "Paragraph 12, as currently drafted[,] is ambiguous and does not reflect the mutual understanding between the United States and counsel for the defendant."

Upon due consideration, the Motion to Strike is **GRANTED**.

**ORDERED AND ADJUDGED** at Jacksonville, Florida, this 7 day of September, 2006.

HARVEY E. SCHLESINGER
Senior United States District Judge

**Copies to:**
William Crowell, *pro se*
Ross Scott Haine, II, Esq.
Kate Kmiec, AUSA
Garry Randolph, Courtroom Deputy